**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                 **ORDER**
                Plaintiff,            10-cv-140 (ADS) (ETB)

      -against-

JULIE A. SACCENTE,

                Defendant.
----------------------------------------------------------X

**APPEARANCES:**

**Michael T. Sucher, Esq.**
*Attorney for the plaintiff*
26 Court Street, Suite 2412
Brooklyn, NY 11242

**NO APPEARANCE**
Julie Saccente

**SPATT, District Judge.**

      The petitioner United States of America commenced this action on or about January 13, 2010, seeking to recover with regard to unpaid student loan debts and related interest owed by the defendant Julie Saccente. On September 7, 2010, the Court entered a default judgment against the defendants, and referred the matter to United States Magistrate Judge E. Thomas Boyle for an inquest as to damages. On February 7, 2011, Judge Boyle issued a thorough Report recommending that the plaintiff be awarded damages in the amount of: (1) the unpaid principal

balance of the student loan borrowed in the amount of $34,397.24; (2) interest through February 7, 2011 in the amount of $6,453.06, plus additional interest through the date of judgment, to be calculated at a rate of $2.33 per day; (3) post-judgment interest, to be calculated pursuant to 28 U.S.C. § 1961; and, (4) costs in the amount of $380.00. To date, no objection has been filed to Judge Boyle's Report and Recommendation.

In reviewing a report and recommendation, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." Wilds v. United Parcel Serv., 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003) (citing Nelson v. Smith, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985)). The Court has reviewed Judge Boyle's Report and finds it be persuasive and without any legal or factual errors. There being no objection to Judge Boyle's Report, the Court adopts the Report.

For the foregoing reasons, it is hereby:

**ORDERED** that Judge Boyle's Report and Recommendation is adopted in its entirety, and it is further

**ORDERED** that the Clerk of the Court is directed to enter a default judgment against the defendants in the amount recommended by Judge Boyle; and it is further

**ORDERED** that the Clerk of the Court is respectfully directed to close this case.

**SO ORDERED.**

Dated: Central Islip, New York
       March 17, 2011

                                            */s/ Arthur D. Spatt*
                                            ARTHUR D. SPATT
                                        United States District Judge